UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

UNITED STATES OF AMERICA,

         Plaintiff,

    v.

JORDAN EVERETT STEVENS,

         Defendant.

No. CR-10-2056-FVS

ORDER DENYING MOTION TO
DEPART DOWNWARD

**THE DEFENDANT** having come before the Court for sentencing on January 20, 2011; Now, therefore

**IT IS HEREBY ORDERED:**

The defendant's "Motion for Downward Departure" **(Ct. Rec. 74) is denied** for the reasons given by the Court at sentencing.

**IT IS SO ORDERED.** The District Court Executive is hereby directed to enter this order and furnish copies to counsel.

**DATED** this ___25th___ day of January, 2011.

              s/ Fred Van Sickle
              Fred Van Sickle
      Senior United States District Judge

ORDER - 1