PROB 12C
(7/93)

Report Date: March 9, 2016

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Mar 10, 2016

SEAN F. McAVOY, CLERK

**Petition for Warrant or Summons for Offender Under Supervision**

Name of Offender: Jordan Everett Stevens                Case Number: 0980 2:10CR02056-SAB-1

Address of Offender:

Name of Sentencing Judicial Officer:  The Honorable Stanley A. Bastian,  U.S. District Judge

Date of Original Sentence: January 20, 2011

| | | |
|---|---|---|
| Original Offense: | Crime on Indian Reservation, Assault, 18 U.S.C. § 1153 & 113(a)(6)) | |
| Original Sentence: | Prison 41 months; TSR - 36 months | Type of Supervision: Supervised Release |
| Asst. U.S. Attorney: | Thomas J. Hanlon | Date Supervision Commenced: January 8, 2016 |
| Defense Attorney: | Federal Defender's Office | Date Supervision Expires: July 7, 2018 |

## PETITIONING THE COURT

**To issue a warrant.**

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Special Condition # 18**: You shall abstain from the use of illegal controlled substances, and shall submit to urinalysis testing, as directed by the supervising officer, but no more than six tests per month, in order to confirm continued abstinence from these substances. |
| | **Supporting Evidence**: On February 9, 11, and 23, 2016, Mr. Stevens failed to report to Merit Resource Services (MERIT) for random urinalysis testing. |
| 2 | **Special Condition # 18**: You shall abstain from the use of illegal controlled substances, and shall submit to urinalysis testing, as directed by the supervising officer, but no more than six tests per month, in order to confirm continued abstinence from these substances. |
| | **Supporting Evidence**: On February 22, 2016,  Mr. Stevens consumed a controlled substance, methamphetamine. |
| | On February 25, 2016, USPO Phil Casey met with Mr. Stevens at the Yakima County Jail. Mr. Stevens admitted to consuming methamphetamine on or about February 22, 2016. |

Prob12C
**Re: Stevens, Jordan Everett**
**March 9, 2016**
**Page 2**

|   |   |   |
|---|---|---|
| 3 | **Special Condition # 19**: You shall abstain from alcohol and shall submit to testing (including urinalysis and Breathalyzer), as directed by the supervising officer, but no more than six tests per month, in order to confirm continued abstinence from this substance. |

**Supporting Evidence**: On February 22, 2016, Mr. Stevens consumed alcoholic beverages.

On February 25, 2016, USPO Phil Casey met with Mr. Stevens at the Yakima County Jail. Mr. Stevens admitted to consuming alcoholic beverages on or about February 22, 2016.

4     **Standard Condition # 3**: The defendant shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer.

**Supporting Evidence**: On February 29, 2016, Mr. Stevens failed to report in person to the U.S. Probation Office in Yakima, Washington.

On February 25, 2016, USPO Phil Casey met with Mr. Stevens at the Yakima County Jail. Mr. Stevens reported that he would be releasing from Yakima County Jail on February 26, 2016. Officer Casey instructed Mr. Stevens to report in person to the U.S. Probation Office in Yakima on February 29, 2016, but he failed to report as directed.

The U.S. Probation Office respectfully recommends the Court issue a warrant for the arrest of the defendant to answer the allegations contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   March 9, 2016

s/Arturo Santana

Arturo Santana
U.S. Probation Officer

---

THE COURT ORDERS

[ ]   No Action
[XX]  The Issuance of a Warrant
[ ]   The Issuance of a Summons
[ ]   Other

_Stanley A. Bastian_
Signature of Judicial Officer

3/10/2016
Date