PROB 12C
(7/93)

Report Date: May 20, 2016

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

May 23, 2016

SEAN F. McAVOY, CLERK

### Petition for Warrant or Summons for Offender Under Supervision

| | |
|---|---|
| Name of Offender: Jordan Everett Stevens | Case Number: 0980 2:10CR02056-SAB-1 |
| Address of Offender: | |
| Name of Sentencing Judicial Officer:  The Honorable Stanley A. Bastian, U.S. District Judge | |
| Date of Original Sentence: January 20, 2011 | |
| Original Offense: | Crime on Indian Reservation, Assault, 18 U.S.C. § 1153 & 113(a)(6) |
| Original Sentence: | Prison 41 months; TSR - 36 months    Type of Supervision: Supervised Release |
| Asst. U.S. Attorney: | Thomas J. Hanlon    Date Supervision Commenced: January 8, 2016 |
| Defense Attorney: | Federal Defender's Office    Date Supervision Expires: July 7, 2018 |

### PETITIONING THE COURT

To incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court on 03/09/2016.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 5 | **Mandatory Condition # 2**: The defendant shall not commit another Federal, state, or local crime. |
| | **Supporting Evidence**:  According to Yakama Nation Police Department, report number 16-002765, Mr. Stevens was cited for theft, obstruction of justice, and carrying/concealing a weapon on April 14, 2016.  Mr. Stevens was in possession of a stolen vehicle, attempted to avoid apprehension by fleeing from police officers, and was carrying a pellet gun that was a revolver replica. |

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:     05/20/2016

s/Arturo Santana

Arturo Santana
U.S. Probation Officer

Prob12C
Re: Stevens, Jordan Everett
May 20, 2016
Page 2

THE COURT ORDERS

[ ] No Action
[ ] The Issuance of a Warrant
[ ] The Issuance of a Summons
[xx] The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ] Defendant to appear before the Judge assigned to the case.
[ ] Defendant to appear before the Magistrate Judge.
[ ] Other

_____
Signature of Judicial Officer

5/23/16
Date