PROB 12C
(6/16)

Report Date: December 19, 2016

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

12/20/16

SEAN F. McAVOY, CLERK

### Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Jordan Everett Stevens        Case Number: 0980 2:10CR02056-SAB-1

Address of Offender: 341 Cobarn loop, White Swan, Washington 98952

Name of Sentencing Judicial Officer:  The Honorable Fred Van Sickle, Senior Judge
Name of Supervising Judicial Officer: The Honorable Stanley A. Bastian, District Judge

| | |
|---|---|
| Date of Original Sentence: January 20, 2011 | Original Sentencing Judicial Officer: The Honorable Fred Van Sickle, Senior Judge |
| Original Offense: | Crime on Indian Reservation, Assault, 18 U.S.C. § 1153 & 113(a)(6)) |
| Original Sentence: | Prison: 41 months; TSR: 36 months |  Type of Supervision: Supervised Release |
| Revocation Sentence: 04/30/2015 | Prison: 6 months; TSR: 30 months | Sentencing Judicial Officer: The Honorable Fred Van Sickle, Senior Judge |
| Revocation Sentence: 07/06/2015 | Prison: 8 months; TSR: 22 months | Sentencing Judicial Officer: The Honorable Stanley A Bastian, District Judge |
| Asst. U.S. Attorney: | Thomas J. Hanlon | Date Supervision Commenced: December 12, 2016 |
| Defense Attorney: | Alex B. Hernandez, III | Date Supervision Expires: October 11, 2018 |

### PETITIONING THE COURT

**To issue a warrant.**

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Mandatory Condition # 1**: The defendant shall report to the probation office in the district to which the defendant is released within 72 hours of release from the custody of the Bureau of Prisons. |
| | **Supporting Evidence**: On December 12, 2016, Mr. Stevens was released from Bureau of Prisons custody. As of the date of this report, Mr. Stevens has failed to report to the U.S. Probation Office and his whereabouts are unknown. |

The U.S. Probation Office respectfully recommends the Court issue a warrant for the arrest of the defendant to answer the allegations contained in this petition.

Prob12C
**Re: Stevens, Jordan Everett**
**December 19, 2016**
**Page 2**

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:    12/19/2016

s/Arturo Santana

Arturo Santana
U.S. Probation Officer

THE COURT ORDERS

[ ]   No Action
[xx]  The Issuance of a Warrant
[ ]   The Issuance of a Summons
[ ]   Other

*Stanley A. Bastian*

Signature of Judicial Officer

12/20/2016

Date